186 So.2d 630

**Lurry D. LACOUR**

v.

**FORD INVESTMENT CORPORATION.**

**No. 48154.**

June 6, 1966.

In re: James Arnault, George Elstrott and Morris Vaccarella applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson.   183 So.2d 463.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.